NUMBER 13-02-484-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


JEFFREY IRWIN PEREZ , Appellant,



v.


 

THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the County Court at Law No. 2 

of Victoria County, Texas.

________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam


 Appellant, JEFFREY IRWIN PEREZ , perfected an appeal from a judgment entered by the County Court at
Law No. 2 of Victoria County, Texas, in cause number 2-77,704 . On March 27, 2003 , this cause was
abated, and the trial court was directed to conduct a hearing to determine the status of the appeal. The trial
court's findings and recommendations were received on April 21, 2003 . The trial court found that the
appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of
the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 8th day of May, 2003 .